UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOSET JOYNER** | **CASE NO. 3:22-CV-03746** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 18] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Without Prejudice [Doc. No. 17] is **GRANTED** and that all Plaintiff's claims against Defendant United Services Automobile Association are hereby **DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA** this the 5th day of July 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE